# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Lavonce Dubose ,

Inmate ID Number: 960158161 ,

_____ ,

*(Write the full name and inmate ID*
*number of the Plaintiff.)*

Case No.: 3:22cv1825-LC-EMT
*(To be filled in by the Clerk's Office)*

v.

Escambia County Corrections ,

Escambia County Board of commissioner,

_____ ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

_____ /

Jury Trial Requested?
□ YES  ☑ NO

**Mailed From**
**Escambia County Jail**
**Dorm   J**

FILED USDC FLND PN
FEB 11 '22 PM2:49  G-M

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: _Lavonce Dubose_   ID Number: _960158816_

List all other names by which you have been known: _N/A_

Current Institution: _Escambia County Corrections_

Address: _3080 N. Pace Blvd_

_Pensacola Fl 32502_

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: _Escambia County Corrections_

   Official Position: _Escambia County Corrections board of County Commissioners_

   Employed at: _Escambia County board of County commissioners_

   Mailing Address: _221 Palafox Place Ste 400_

   _Pensacola Fl 32502_

   ☐ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee                    ☐ Civilly Committed Detainee

☐ Convicted State Prisoner             ☐ Convicted Federal Prisoner

☐ Immigration Detainee                 ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

(1) Escambia County Correction Health Care Services are inadequate Escambia County Corrections nor the health care services provided adequate testing for Covid 19 or prevention from the spread of Covid 19.

(2) Escambia County Corrections failed to properly quarintine new commit that were brought into the Jail, new Commits were brought to dorm and pods and placed into general population with out being tested for Covid-19 which is hazardes to all inmates housed on that unit if the new Commit has Covid-19.

(3) Jail staff at Escambia County Correction failed to follow CDC by wearing a mask while inside the Jail.

(4) over Crowding, Escambia County Corrections are having inmates sleep on the floor in a Cell that was designed for (2) inmates but are housing (3).

(5) Medical nor the Jail staff are allowing Social Distancing.

Statement of Facts Continued *(Page 2 of 2 )*

(6) Escambia County Corrections are failing to give me a clean mask after mine has become soiled, I'm told to just wash it out.

(7) Escambia County Corrections are having me work with soiled linen and uniforms that have bodily fluid, blood, and other hazards on them in laundry with no way to protect myself except for a pair of latex gloves for my hands but no protection for my arm or other open skin.

(8) Escambia County Corrections are allowing Escambia County work Annex (3) hot meals a day and the privilege of smoking when that is not being done here.

(9) Allowing Keefe Commissary to price gage inmates by charging up to 75% Mark up on products they sell going against Florida statue and model Jail standards.

(10) Escambia County Corrections are allowing Armark food service to serve meals that are cold by the time the trays make it to the pod. most days the trays sit for 2 hours or more before being passed out to the Pod units.

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

The United States Constitution rights under the First, Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth have been violated due to punitive and inhumane Conditions and treatment

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I'm Seeking to have the Escambia County Jail administration, medical provider, and Board of County Commissioners fix these issues so that both Escambia County work camp and County Corrections are treated equal and Care, Custody and Control are enforced at both.

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☑ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

□ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to**

**disclose all prior cases may result in the dismissal of this case.)**

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all

continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.



Date: 2-9-22  Plaintiff's Signature: LaVonce DuBose

Printed Name of Plaintiff: LaVonce Dubose

Correctional Institution: Escambia County Corrections

Address: 3080 N Pace Blvd

Pensacola FL 32502

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the ___9___ day of ___Feeburary___,
20_22_ .


Signature of Incarcerated Plaintiff: _LaVonce DuBose_____

Travonce Dubose

960158 8161
Escambia County Corrections
3080 N. Pace Blvd
Pensacola, Fl 32505

**Mailed From**
**Escambia County Jail**
**Dorm  J**

US District Court
Nothern District of florida
1 North Palafox St,
Pensacola, Fla 32502